

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Shawn Marie McKenzie-Polk,         \* From the 161st District Court
of Ector County,
Trial Court No. B-17-0424-CR.

Vs. No. 11-18-00342-CR         \* September 2, 2021

The State of Texas,         \* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there are errors in the judgments below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment for Count One to delete the time payment fee of $25. We modify the trial court's nunc pro tunc judgment for Count Three to recite that the "Statute for Offense" for which Appellant was convicted is "42.092(b)(1), Penal Code." As modified, we affirm the judgments of the trial court.